AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

RECEIVED U.S. MARSHALS 2026 SEP 29 AM 10:17

United States of America
v.
Isidro Romero-Ortiz

*Defendant*

Case No. 8:26-mj-03013-GDP

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Isidro Romero-Ortiz ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Illegal Re-Entry by Deported Alien.
In Violation of: 8 U.S.C. § 1326(a).

Date: 9/29/2026

*Issuing officer's signature*

City and state: Tampa, Florida

GREGORY D. PIZZO, U.S. Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* September 29, 2026 , and the person was arrested on *(date)* September 28, 2026
at *(city and state)* Tampa, FL .

Date: 9/29/2026

*Arresting officer's signature*

Micah King Border Patrol Agent
*Printed name and title*