**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA**

**v.** **Case No. 8:26-mj-3013-GDP**

**ISIDRO ROMERO-ORTIZ**
**____________________________________/**

**NOTICE OF APPEARANCE**
**AND SUBSTITUTION OF COUNSEL**

The Office of the Federal Defender has been appointed by the Court to represent Defendant ISIDRO ROMERO-ORTIZ in the above-styled cause.

The Clerk is requested to enter the appearance of Assistant Federal Public Defender John A. Grant, III as counsel for the Defendant.

The Clerk also is requested to withdraw the name of Attorney Ryan J. Maguire, as notice counsel for the Defendant.

Respectfully submitted on October 1, 2026.

**CHARLES L. PRITCHARD, Jr.**
**FEDERAL PUBLIC DEFENDER**
***/s/ John A. Grant, III***
John A. Grant, III
Assistant Federal Public Defender
Florida Bar No. 0997137
400 N. Tampa Street, Suite 2700
Tampa, Florida 33602
Telephone: (813) 228-2715
Facsimile: (813) 228-2562
E-mail: John_Grant@fd.org

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 1, 2026, a true and correct copy of the foregoing was furnished using the CM/ECF system with the Clerk of the Court, which will send notice of the electronic filing to the following:

AUSA Michael A. Peterson

***/s/ John A. Grant, III***
John A. Grant, III
Assistant Federal Public Defender